UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOURDES CHAVEZ,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WELLS FARGO BANK, N.A.; and DOES )<br>1 through 100, inclusive,  )<br>  )<br>        Defendants.  )<br>_____ ) | CIV-F-09-1515 AWI GSA<br><br>**ORDER VACATING HEARING OF NOVEMBER 2, 2009** |

      Defendant Wells Fargo has made a motion to dismiss for failure to state a claim. Plaintiff has filed an opposition and Defendant has filed a reply. The matter is scheduled for oral argument on November 2, 2009. The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 2, 2009, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:   October 28, 2009                  /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE